```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Lamar Norman

    v.                                                                Case No. 1:23-cv-123-PB

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 2, 2023, deny the motion for summary judgment (Doc. No. 3) as moot, and dismiss this case as moot, see Francis v. Maloney, 798 F.3d 33, 38 (1st Cir. 2015). The clerk shall enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                          /s/Paul Barbadoro_____
                                                                           Paul J. Barbadoro
                                                                           United States District Judge

Date: June 30, 2023

cc: Lamar Norman, pro se
    Seth Aframe, AUSA